# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

**RHONDA WALTERS,**

Plaintiff,

                        CASE NUMBER: 1:12-cv-1180-JDB-egb

v.

**CITY OF HUMBOLDT BOARD OF EDUCATION,**

Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 10/14/2013, this case is hereby voluntarily dismissed with prejudice.

**APPROVED:**

                                              s/J. Daniel Breen
                                              **Chief United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**